UNITED STATES DISTRICT COURT
SOUTHERN DISRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA     :

     - v. -             :

MICHAEL FRIAS,               :

         Defendant.   :

- - - - - - - - - - - - - - - x

ORIGINAL

15 CRIM 703

INDICTMENT

15 Cr.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 1 9 2015

COUNT ONE

The Grand Jury charges:

1. From at least in or about July 2015 up to and including on or about August 19, 2015, in the Southern District of New York and elsewhere, MICHAEL FRIAS, the defendant, and others known and unknown, intentionally and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that MICHAEL FRIAS, the defendant, and others known and unknown, would and did distribute and possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

3. The controlled substance that MICHAEL FRIAS, the defendant, conspired to distribute and possess with the intent to distribute, was 500 grams and more of mixtures and substances

JUDGE BERMAN

containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(B).

(Title 21, United States Code, Section 846.)

## COUNT TWO

The Grand Jury further charges:

4. On or about August 19, 2015, in the Southern District of New York and elsewhere, MICHAEL FRIAS, the defendant, did knowingly possess, without lawful authority, a means of identification of another person with the intent to commit, and to aid and abet, and in connection with, an unlawful activity constituting a violation of federal law; to wit, the felony offense charged in Count One of this Indictment.

(Title 18, United States Code, Sections 1028(a)(7) and 2.)

## FORFEITURE ALLEGATION

5. As a result of committing the offense alleged in Count One of this Indictment, MICHAEL FRIAS, the defendant, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, all property constituting or derived from proceeds obtained, directly or indirectly, as a result of such offense, and any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such offense.

## Substitute Assets Provision

6. If any of the above-described forfeitable property, as a result of any act or omission of MICHAEL FRIAS, the defendant:

    a) cannot be located upon the exercise of due diligence;

    b) has been transferred or sold to, or deposited with, a third person;

    c) has been placed beyond the jurisdiction of the Court;

    d) has been substantially diminished in value; or

    e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Section 853.)

Foreperson

PREET BHARARA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

MICHAEL FRIAS,

Defendant.

TRUE BILL

15 Cr.

(Title 21, United States Code, Section 846; Title 18, United States Code, Sections 1028(a)(7) and 2.)

PREET BHARARA
United States Attorney.

*10/19/15 - Filed Indictment*
*- Case assigned to J Berman*
*Peck*
*USMJ*